UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :

       Plaintiff,                          Criminal No. 08-694

  v.                              :

JOSE RAMOS                              **O R D E R**

       Defendant.        :


      This matter having come before the Court by a letter request by the defendant for early termination of supervised release;

      It is on this **21**st day of **April, 2010** hereby ORDERED that this request is denied.

_____
SUSAN D. WIGENTON
United States District Judge