```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY


UNITED STATES OF AMERICA      :

         Plaintiff,                    Criminal No. 08-694-01

     v.                       :

JOSE RAMOS                              O R D E R

         Defendant.           :
```

This matter having come before the Court by way of a letter request by the defendant for early termination of supervised release;

It is on this **21ˢᵗ** day of **June, 2011** hereby ORDERED that this request is denied.

```
                              s/Susan D. Wigenton
                              SUSAN D. WIGENTON
                              United States District Judge
```